IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE DAVIS-HEEP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-5619 |
| CITY OF PHILADELPHIA; SHELLY R. SMITH; and KATHLEEN TIA BURKE, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this    day of July, 2010, upon consideration of Defendant Kathleen Tia Burke's Motion to Dismiss (Doc. No. 11), and the Response and Reply thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE