IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE DAVIS-HEEP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-5619 |
| CITY OF PHILADELPHIA; SHELLY R. SMITH; and KATHLEEN TIA BURKE, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 20th day of July, 2011, upon consideration of Defendants, Kathleen Tia Burke, Shelly R. Smith, and City of Philadelphia's (collectively, the "Defendants") Motion for Summary Judgment against Plaintiff, Darlene Davis-Heep ("Davis-Heep") (Doc. No. 38), and Davis-Heep's Motion for Summary Judgment against the Defendants (Doc. No. 35), and the Responses thereto, it is hereby **ORDERED** that the Defendants' Motion is **GRANTED**, and Davis-Heep's Motion is **DENIED**. It is **FURTHER ORDERED** that Davis-Heep's Motion for Appointment of Counsel (Doc. No. 67) is **DENIED**.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE